IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| XCOAL ENERGY & RESOURCES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) C.A. No. 18-819 | |
| v. | ) | |
| | ) | |
| BLUESTONE ENERGY SALES | ) | |
| CORPORATION, SOUTHERN COAL | ) | |
| CORPORATION, and JAMES C. | ) | |
| JUSTICE, II, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED this 31st day of May, 2018, that Plaintiff's Motion for Leave to Seal Complaint and Exhibits is GRANTED; and

IT IS HEREBY ORDERED that Plaintiff shall file a public version of the Complaint within seven (7) days of the filing of Defendant's Answer or other response to the Complaint as directed by the Court's Electronic Case Filing Policies and Procedures.

_____
UNITED STATES DISTRICT JUDGE