**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| XCOAL ENERGY & RESOURCES,<br><br>           Plaintiff,<br><br>    v.<br><br>BLUESTONE ENERGY SALES CORPORATION, SOUTHERN COAL CORPORATION, AND JAMES C. JUSTICE, II,<br>           Defendants. | C.A. No. 18-cv-819-LPS |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Bluestone Energy Sales Corporation ("Bluestone") states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Defendant Southern Coal Corporation ("Southern Coal") states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

                                                       Respectfully submitted,

                                                       POTTER ANDERSON & CORROON LLP

| | |
|---|---|
| OF COUNSEL:<br><br>Mark Robeck *(pro hac vice pending)*<br>Mindy Pava *(pro hac vice pending)*<br>KELLEY DRYE & WARREN LLP<br>Washington Harbour<br>3050 K Street NW, Suite 400<br>Washington, DC 20007<br>Tel: (202) 342-8415<br><br>Dated: June 25, 2018<br>5850502 / 45201 | By: */s/ Jennifer Penberthy Buckley*<br>John A. Sensing (#5232)<br>Jennifer Penberthy Buckley (#6264)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>jsensing@potteranderson.com<br>jbuckley@potteranderson.com<br><br>*Attorneys for Defendants* |