## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XCOAL ENERGY & RESOURCES,<br><br>  Plaintiff,<br><br>  v.<br><br>BLUESTONE ENERGY SALES CORPORATION, SOUTHERN COAL CORPORATION, AND JAMES C. JUSTICE, II,<br><br>  Defendants. | C.A. No. 18-819-LPS |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, the law firm of Kelley Drye & Warren LLP and its attorneys hereby withdraw their appearance as counsel for Defendants Bluestone Energy Sales Corporation, Southern Coal Corporation, and James C. Justice, II ("Defendants").  Counsel Richard A. Getty, Danielle Harlan, and Marcel Radomile of The Getty Law Group PLLC, 1900 Lexington Financial Center, 250 West Main Street, Lexington, Kentucky 40507 hereby enter their appearance on behalf of Defendants.  The law firm of Potter Anderson & Corroon, LLP remains as Delaware counsel for Defendants.

POTTER ANDERSON & CORROON LLP

By: */s/ Jennifer Penberthy Buckley*
John A. Sensing (#5232)
Jennifer Penberthy Buckley (#6264)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
jsensing@potteranderson.com
jbuckley@potteranderson.com

Dated:  January 9, 2019
6046031 / 45201

*Attorneys for Defendants*