

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**John A. Sensing**
**Partner**
Attorney at Law
jsensing@potteranderson.com
302 984-6093 Direct Phone
302 658-1192 Fax

August 23, 2019

**VIA EFILE**

The Honorable Leonard P. Stark
Chief U.S. District Judge, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

    Re:    Xcoal Energy & Resources v. Bluestone Energy Sales Corporation et al., Case No. 18-819-LPS

Dear Chief Judge Stark:

    I write on behalf of Defendants in this matter. Defendants' lead counsel, Richard Getty, has recently learned that he will have to undergo significant back surgery in early September (currently, the surgery is scheduled to take place on either September 3 or September 10). We understand that following the surgery, there will be a lengthy recovery period, including a period during which Mr. Getty will be bed-ridden. In light of these facts, Defendants respectfully request that the September 16, 2019, trial date in this matter be continued to a future date that is agreeable to all parties and to the Court.

    We have met and conferred with Plaintiff's counsel regarding this issue, and have been informed that Plaintiff has no objection to Defendants making this request. We are available to discuss this request at Your Honor's convenience.

                              Respectfully,

                              /s/ John A. Sensing

                              John A. Sensing

cc:    Richard A. Getty, Esq.
        Danielle Harlan, Esq.
        Marcel E. Radomile, Esq.
        Jennifer Penberthy Buckley, Esq.
        Kevin P. Lucas, Esq.
        Daniel Garfinkel, Esq.
        Geoffrey G. Grivner, Esq.