**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| XCOAL ENERGY & RESOURCES,<br><br>                Plaintiff,<br><br>    v.<br><br>BLUESTONE ENERGY SALES CORPORATION, SOUTHERN COAL CORPORATION, AND JAMES C. JUSTICE, II,<br>                Defendants. | C.A. No. 18-819-LPS |

**ENTRY OF APPEARANCE**

Please enter the appearance of Tracey E. Timlin of the law firm of Potter Anderson & Corroon LLP, 1313 North Market Street, Hercules Plaza, 6th Floor, Wilmington, Delaware 19801, as counsel on behalf of Defendants Bluestone Energy Sales Corporation, Southern Coal Corporation, and James C. Justice, II, in connection with the above-captioned matter.

                                              POTTER ANDERSON & CORROON LLP

                                              By:  */s/ Tracey E. Timlin*
                                                    John A. Sensing (No. 5232)
                                                    Jennifer Penberthy Buckley (No. 6264)
                                                    Tracey E. Timlin (No. 6469)
                                                    Hercules Plaza - Sixth Floor
                                                    1313 North Market Street
                                                    Wilmington, DE 19801
                                                    Telephone: (302) 984-6000
                                                    jsensing@potteranderson.com
                                                    jbuckley@potteranderson.com
                                                    ttimlin@potteranderson.com

                                                  *Attorneys for Defendants*

Dated: August 30, 2019
6363612