# EXHIBIT H

**V.A.  Xcoal's List of Witnesses**

Xcoal currently anticipates (subject to revision as trial preparation continues) that it will or may call (live or by deposition) some or all of the following witnesses:

- Joel Momper
- Hubert Payne
- Jason Popivchak
- Jack Porco
- Richard Taylor
- Ernie Thrasher
- Designee from SGS Mineral Services, including potentially Eric Hatfield and/or Buddy Hancock
- Designee from Norfolk Southern Railway, including potentially Kristopher Sandlin

Xcoal reserves the right to call, via live testimony or by deposition transcript or deposition video designation, any and all witnesses listed by the Justice Parties.  By listing such witnesses, Xcoal does not waive any objection to the admissibility of testimony of such witnesses at trial.  In addition, Xcoal may call any witnesses necessary for the identification and authentication of documents and things and/or witnesses necessary for rebuttal and/or impeachment purposes, including with respect to expert testimony.