# EXHIBIT J

# Pretrial Order – Exhibit J

### Section V.b
### Witnesses – Witnesses Expected to be Called

### The Bluestone Parties' List Of Witnesses They Expect To Call

The Bluestone Parties currently anticipate (subject to revision as trial preparation continues) that they will or may call live some or all of the following witnesses:

**A.   Bluestone Parties employees and/or legal counsel:**

1. Governor James C. Justice, II
2. James C. Justice, III
3. Steve Ball
4. Steve Sarver
5. Pat Graham

**B.   Bluestone Parties' expert witnesses:**

1. Bradley D. Wolf
2. Aaron J. Heighton

**C.   Third party fact witnesses:**

1. Rick Taylor
2. Representative of Norfolk Southern
3. Representative of SGS
4. Representative of Host Agency
5. Representative of Consolidation Coal Company
6. Representative of Jorf Lasfar Energy Company, S.C.A.
7. Representative of Adani Exports, Limited

**D.     Xcoal employees**

       1.     Ernie Thrasher

       2.     Jack Porco

       3.     Jason Popivchak

The Bluestone Parties reserve the right to call, via live testimony or by deposition transcript or deposition via video designation, any and all witnesses listed by Xcoal. By listing such witnesses, the Bluestone Parties do not waive any objection to the admissibility of the testimony of such witnesses at trial. In addition, the Bluestone Parties may call any witness necessary for the identification and authentication of documents and things and/or witnesses necessary for rebuttal and/or impeachment purposes.

dhbdoc0509