# Buchanan Ingersoll & Rooney PC

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

919 North Market Street, Suite 990
Wilmington, DE 19801-3036

T 302 552 4200
F 302 552 4295

August 26, 2020

**VIA CM/ECF**

The Honorable Leonard P. Stark
Chief U.S. District Judge, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

  Re: Xcoal Energy & Resources v. Bluestone Energy Sales Corporation, et al.,
   Case No. 18-819-LPS

Dear Chief Judge Stark:

  Upon further reflection overnight, Plaintiff would like to offer, in advance of any ruling on Mr. Sensing's letter request of last evening, an alternative for the Court's consideration. Defendants' counsel have been alerted this morning to Plaintiff's intentions in this regard.

  Thank you.

            Sincerely yours,

            */s/ Geoffrey G. Grivner*

            Geoffrey G. Grivner (#4711)

GGG/
cc: All Counsel of Record via ECF
   Richard Getty, Esq.
   Danielle Harlan, Esq.
   John A. Sensing, Esq.
   Jennifer Penberthy Buckley, Esq.
   Kevin P. Lucas, Esq.
   Daniel Garfinkel, Esq.