# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XCOAL ENERGY & RESOURCES,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>    v.<br><br>BLUESTONE ENERGY SALES CORP.,<br>SOUTHERN COAL CORP., and<br>JAMES C. JUSTICE II,<br><br>    Defendants / Counterclaim Plaintiffs. | C.A. No. 18-819-LPS |

## ORDER

At Wilmington this **29th** day of **March 2021**:

For the reasons set forth in the Opinion issued this same date, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (D.I. 139) is **DENIED**.

2. The Court finds in **FAVOR** of Plaintiff and **AGAINST** Defendants on **COUNTS I, II, and III** and on **COUNTERCLAIMS I, II, and III**.

3. Defendants are liable to Plaintiff for **$6,814,105.30** in damages for breach of contract.

4. The parties shall meet and confer and, no later than **April 5, 2021**, submit a joint status report, advising the Court what, if anything, remains to be determined in this action, as well as their proposal(s) for how the Court should resolve any such issues.

                                                                                                   _____<br>
                                                                                                   UNITED STATES DISTRICT JUDGE