IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XCOAL ENERGY & RESOURCES,<br><br>                     Plaintiff,<br><br>      v.<br><br>BLUESTONE ENERGY SALES CORPORATION, SOUTHERN COAL CORPORATION, AND JAMES C. JUSTICE, II,<br>                     Defendants. | C.A. No. 18-cv-819-LPS |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, On April 14, 2021, this Court entered a Judgment (D.I. 167) against the Defendants, jointly and severally, in the amount of $6,814,105.30, and in favor of Plaintiff (the "Judgment").

WHEREAS, on May 28, 2021, Defendants filed a Motion for Approval of Bond and to Stay Execution of Judgment (D.I. 189);

WHEREAS, Defendants' Motion attaches as Exhibit A thereto (D.I. 189-2) a Bond identified as Bond No. K40408460 in the maximum amount of $8,176,927.00 (the "Bond");

WHEREAS, Plaintiff does not object to the terms of the Bond (D.I. 189-2); and

WHEREAS, the parties have met and conferred regarding the relief requested in Defendants' Motion (D.I. 189), and stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that, pursuant to Rule 62(b) of the Federal Rules of Civil Procedure, the Bond (D.I. 189-2) is hereby approved and execution on the April 14, 2021 Judgment (D.I. 167) is hereby stayed as of the date of this Order through the date of the issuance

of the mandate by the United States Court of Appeals for the Third Circuit following any appeal timely filed by Defendants concerning the Judgment.

Counsel for Xcoal Energy & Resources:

/s/ Geoffrey G. Grivner
BUCHANAN INGERSOLL & ROONEY PC
Geoffrey G. Grivner (#4711)
919 North Market Street, Suite 990
Wilmington, Delaware 19801-3046
(302) 522-4200
*geoffrey.grivner@bipc.com*

Kevin P. Lucas (admitted *pro hac vice*)
Daniel C. Garfinkel (admitted *pro hac vice*)
Buchanan Ingersoll & Rooney, P.C.
Union Trust Building
501 Grant Street, Ste. 200
Pittsburgh, Pennsylvania 15219
(412) 562-8350
*kevin.lucas@bipc.com*
*daniel.garfinkel@bipc.com*

Counsel for Bluestone Energy Sales Corporation, Southern Coal Corporation and James C. Justice, II:

/s/  John A. Sensing
POTTER ANDERSON & CORROON, LLP
John Anderson Sensing (#5232)
Jennifer Penberthy Buckley (#6264)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
(302) 984-6000
*jsensing@potteranderson.com*
*jbuckley@potteranderson.com*

McGUIRE WOODS LLP
George R. Terwilliger (admitted *pro hac vice*)
2001 K. Street N.S., Suite 400
Washington, D.C. 20006
(202) 857-2473
*gterwilliger@mcguirewoods.com*

John D. Wilburn (admitted *pro hac vice*)
Brooks H. Spears (admitted *pro hac vice*)
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
(703) 712-5372
*jwilburn@mcguirewoods.com*
*bspears@mcguirewoods.com*

Richard A. Getty (admitted *pro hac vice*)
THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, KY 40507
(859) 259-1900
*rgetty@gettylawgroup.com*

Ryan D. Frei (admitted *pro hac vice*)
Gateway Plaza, 800 East Canal Street
Richmond, VA 23219
(804) 775-1134
*rfrei@mcguirewoods.com*

Dated:  June 4, 2021

**APPROVED AND SO ORDERED**, on this ___ day of _____, 2021

                                                                      _____
Chief Judge Leonard P. Stark