# Buchanan Ingersoll & Rooney PC

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

500 Delaware Avenue
Suite 720
Wilmington, DE  19801-7407
T 302 552 4200
F 302 552 4295

April 29, 2022

**VIA HAND DELIVERY**

Clerk's Office
District Court of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

      Re: *Xcoal Energy & Resources v. Bluestone Energy Sales Corporation, et al.*, C.A. No. 1:18-cv-00819-LPS

Dear Sir/Madam:

      This letter is being submitted on behalf of Plaintiff Xcoal Energy & Resources ("Xcoal") in support of its request for four (4) certified copies of the Amendment to Judgment issued in this matter on September 28, 2021 (D.I. 195).

      On April 14, 2022, the Court granted Xcoal's Motion for Authorization to Register Amendment to Judgment, holding that Xcoal "has shown good cause to register its judgment in other specified districts" (*i.e.,* the Federal District Courts in the Eastern and Western Districts of Virginia and in the Northern and Southern Districts of West Virginia).  (D.I. 201).  A copy of the April 14, 2022 Order is enclosed herewith.

      In addition to the four (4) copies of the Amendment to Judgment, also enclosed herewith are four (4) copies of a Clerk's Certification of a Judgment to be Registered in Another District.  The Certification is a revised version of Form AO 451 that reflects the Court's permitting registration of the Amendment to Judgment for good cause during a pending appeal.

      Also enclosed is a check made payable to the U.S. District Court, Clerk's Office in the amount of $50.00 to cover the certification of four (4) copies of the Amendment to Judgment at $11.00 per certified copy plus costs.

      I have requested that the courier delivering this letter wait for the certification of the four (4) copies of the Amendment to Judgment and then immediately return to our office with those certified copies.

April 29, 2022
Page - 2 -

    Should you have any questions regarding this request or the enclosures, please do not hesitate to contact me at 302-552-4207, or my colleague, Daniel Garfinkel, at 412-562-1837.

    Thank you in advance for your assistance.

                                              Sincerely yours,

                                              */s/ Geoffrey G. Grivner*

                                              Geoffrey G. Grivner (#4711)

GGG/
cc:      All Counsel of Record via ECF