# Buchanan

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

500 Delaware Avenue, Suite 720
Wilmington, DE  19801-7407
T 302 552 4200
F 302 552 4295

June 20, 2023

**VIA CM/ECF**

The Honorable Leonard P. Stark
Circuit Judge, U. S. Court of Appeals for the Federal Circuit

    Re:    Xcoal Energy & Resources v. Bluestone Energy Sales Corporation, Southern Coal Corporation, and James C. Justice, II, C.A. No. 18-819-LPS

Dear Judge Stark:

Pursuant to the Court's Oral Order dated June 12, 2023 (D.I. 222), Plaintiff's counsel has arranged for teleconferencing facilities for the status conference scheduled for June 21, 2023 at 2:15 PM.  The dial-in number and teleconference identification number are as follows:

- Dial-in Number:  412-790-6214
- Teleconference Identification Number:  977 604 509#

Sincerely yours,

*/s/ Geoffrey G. Grivner*

Geoffrey G. Grivner (#4711)

GGG/
cc:    All Counsel of Record via ECF