IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| XCOAL ENERGY & RESOURCES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:18-cv-819-LPS ) ) |
| BLUESTONE ENERGY SALES CORPORATION, SOUTHERN COAL CORPORATION, and JAMES C. JUSTICE, II, | ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Kody M. Sparks of the law firm Buchanan, Ingersoll & Rooney PC, 500 Delaware Avenue, Suite 720, Wilmington, Delaware 19801, as additional counsel on behalf of Plaintiff Xcoal Energy & Resources in connection with the above-captioned matter.

**BUCHANAN, INGERSOLL & ROONEY PC**

/s/ *Kody M. Sparks*
Geoffrey G. Grivner (#4711)
Kody M. Sparks (#6464)
500 Delaware Avenue, Suite 720
Wilmington, Delaware 19801
(302) 552-4200
(302) 552-4295 (facsimile)
*geoffrey.grivner@bipc.com*
*kody.sparks@bipc.com*

Kevin P. Lucas (admitted *pro hac vice*)
Daniel C. Garfinkel (admitted *pro hac vice*)
Buchanan, Ingersoll & Rooney PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, Pennsylvania 15219
(412) 562-8350
(412) 562-1041 (facsimile)
*kevin.lucas@bipc.com*
*daniel.garfinkel@bipc.com*

*Counsel for Xcoal Energy & Resources*

Dated: June 20, 2023