**Buchanan**

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

500 Delaware Ave.
Suite 720
Wilmington, DE  19801

T 302 552 4200
F 302 552 4295

April 16, 2026

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Unit 26
Wilmington, DE 19801

> Re:   Re:   *Xcoal Energy & Res. v. Bluestone Energy Sales Corp., et al.,*
>           **C.A. No. 18-cv-819-LPS (D. Del.)**

Dear Judge Stark:

Pursuant to Your Honor's April 2, 2026 Order (D.I. 232) in the above-referenced matter, the parties jointly submit this status report to the Court. Although Plaintiff has attempted to satisfy the judgment entered by the Court in this action, its efforts have been unsuccessful.  To date, Defendants have not expressed any willingness or ability to satisfy the judgment in this action.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Geoffrey G. Grivner*

Geoffrey G. Grivner (#4711)

cc:   All Counsel of Record (via CM/ECF)