# Buchanan

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

500 Delaware Avenue
Suite 720
Wilmington, DE  19801-1228

T 302 552 4200
F 302 552 4295
www.buchananingersoll.com

April 30, 2026

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Leonard P. Stark
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Unit 26
Wilmington, DE 19801

> Re:   Re:   *Xcoal Energy & Res. v. Bluestone Energy Sales Corp., et al.*,
> **C.A. No. 18-cv-819-LPS (D. Del.)**

Dear Judge Stark:

Pursuant to Your Honor's April 17, 2026 Order (D.I. 234), the parties jointly submit this status report to the Court. As set forth in the parties' prior joint submission (D.I. 213) of May 3, 2023, the balance of the total judgment amount due to Plaintiff in the above referenced case was $1,917,222.32, plus post-judgment interest.  Despite Plaintiff's efforts to satisfy the judgment, this remains the total balance due.

At this time, the parties do not request any further action by the Court.  However, Plaintiff reserves its right to seek relief from the Court in the future as appropriate in connection with efforts to enforce the judgment.

Respectfully submitted,

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Geoffrey G. Grivner*

Geoffrey G. Grivner (#4711)

cc:    All Counsel of Record (via CM/ECF)